# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:11-cr-00317-LDG (CWH) |
| v. | **ORDER** |
| AARON SALISBURY, *et al.*, | |
| Defendants. | |

Defendant Rosalie Delgado moved to suppress (#24) evidence seized in a search. Defendant Aaron Salisbury moved to join (#25). The Magistrate Judge granted the joinder and recommended (#39) that the motion to suppress be denied. Delgado filed an objection (#41). Subsequently, both Delgado and Salisbury entered into plea agreements and entered guilty pleas. Accordingly,

THE COURT **ADOPTS** the Report and Recommendation (#39);

THE COURT **ORDERS** that Defendants' Motion to Suppress (#24) is DENIED.

DATED this 13 day of April, 2012.

_____
Lloyd D. George
United States District Judge